FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SAVANNA GOODWIN, a married individual,<br><br>                  Plaintiff,<br><br>  v.<br><br>ASPEN QUALITY CARE, INC., a Washington corporation,<br><br>                  Defendant. | NO: 2:17-CV-375-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice and without Costs to Any Party, ECF No. 8. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation of Dismissal with Prejudice and without Costs to Any Party, **ECF No. 3**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 6, 2018.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge